IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JORDAN BOGGS,<br><br>                                  Plaintiff,<br><br>          v.<br><br>ONITY, INC.,<br><br>                                  Defendant. | 6:21-cv-00842-MK<br><br>JUDGMENT |

This matter is dismissed with prejudice and without costs or attorneys' fees to any party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 8th day of March 2024.

                                                        MELISSA AUBIN
                                                        Clerk of Court

                                                        By:    /s/ J. Klein
                                                                 Deputy Clerk